IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JODY WERNER, as Mother and Next Friend of
B.W., a Minor,

        Plaintiff,

        vs.

BOARD OF EDUCATION OF THE POPE
COUNTY COMMUNITY UNIT SCHOOL
DISTRICT NO. 1 and POPE COUNTY
COMMUNITY UNIT SCHOOL DISTRICT NO.
1,

        Defendants.

Case No.: 11-cv-1095-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that with regard to plaintiff's federal due process claim judgment is entered in favor of defendants Board of Education of the Pope County Community School District No. 1 and Pope County Community Unit School District No. 1 and against plaintiff Jody Werner, as Mother and Next Friend of B.W., a Minor.

IT IS FURTHER ORDERED AND ADJUDGED that the remaining state law claims in this case be remanded to the Circuit Court of the First Judicial Circuit, Pope County, Illinois.

**NANCY J. ROSENSTENGEL**

**IT IS SO ORDERED.**

**By:s/Deborah Agans, Deputy Clerk**

**August 16, 2012**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**