IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JODY WERNER, as Mother and Next Friend of B.W., a Minor,<br><br>        Plaintiff,<br><br>    vs.<br><br>BOARD OF EDUCATION OF THE POPE COUNTY COMMUNITY UNIT SCHOOL DISTRICT NO. 1 and POPE COUNTY COMMUNITY UNIT SCHOOL DISTRICT NO. 1,<br><br>        Defendants. | Case No.: 11-cv-1095-JPG |

## RULE 54(B) JUDGMENT

This matter having come before the Court, the Court having resolved one claim and having found no just reason to delay entry of judgment as to that claim,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's federal due process claim against defendants is dismissed.

The remainder of the claims in this case have been remanded to the Circuit Court for the First Judicial Circuit in Pope County, Illinois.

                                                            **NANCY J. ROSENSTENGEL**

**IT IS SO ORDERED.**                              By:s/Deborah Agans, Deputy Clerk
 August 22, 2012



**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**